**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIA SILVA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WALMART INC., a Delaware corporation; WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:23-cv-01451 AB(KKx)<br><br>[Assigned for all purposes to Hon. André Birotte, Dept. 7B]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Action filed: April 20, 2023<br>FAC filed:　 July 19, 2023<br>SAC filed:　 September 5, 2023<br>Trial date:　 March 4, 2025 |

The Court, having reviewed the Parties' Joint Stipulation of Voluntary Dismissal, and good cause being shown, HEREBY ORDERS the following:

1. The Stipulation is granted;
2. The individual claims asserted by Plaintiff Valeria Silva are dismissed with prejudice;
3. The representative and class claims asserted by Plaintiff Valeria Silva are dismissed without prejudice; and
4. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: June 24, 2024

_____
Hon. André Birotte
United States District Court Judge